Michael N. Feuer, City Attorney
Kathleen A. Kenealy, Chief Assistant City Attorney (SBN 212289)
Scott Marcus, Senior Assistant City Attorney (SBN 184980)
Gabriel S. Dermer, Assistant City Attorney (SBN 229424)
Jeffrey L. Goss, Deputy City Attorney (SBN 178597)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  213-978-7564
Facsimile:   213-978-7011
Email:          jeffrey.goss@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone:  213-977-9500
Facsimile:  213-977-5297

Attorneys for Plaintiffs Justin Sanchez and Eric Alejo

(counsel listing continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN SANCHEZ, *et al*., <br><br>    Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br>    Defendants. | No. 2:20-cv-05044-DMG (AFMx) <br><br> *The Hon. Dolly M. Gee* <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint Filed:           June 8, 2020 <br><br> Complaint Served:        June 11, 2020 <br> Current Response Date: July 2, 2020 <br> New Response Date:     July 31, 2020 |

1

Joint Stipulation re Extending Defendants' Time to Respond (Local Rule 8-3)

Jacob A. Snow (SBN 270988)
jsnow@aclunc.org
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-621-2493
Facsimile: 415-255-8437

Attorneys for Plaintiffs Justin Sanchez and Eric Alejo

Jennifer Lynch (SBN 240701)
jlynch@eff.org
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Telephone: 415-463-9333
Facsimile: 415-436-9993

Attorneys for Plaintiffs Justin Sanchez and Eric Alejo

Douglas E. Mirell (SBN 94169)
DMirell@ggfirm.com
Timothy J. Toohey (SBN 140117)
TToohey@ggfirm.com
Greenberg Glusker Fields Claman & Machtinger LLP
2049 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: 310-553-3610
Facsimile: 310-353-0687

Attorneys for Plaintiffs Justin Sanchez and Eric Alejo

**TO THE COURT, COUNSEL OF RECORD, AND ALL PARTIES:**

Plaintiffs Justin Sanchez and Eric Alejo ("Plaintiffs") and Defendants City of Los Angeles ("City") and the Los Angeles Department of Transportation ("LADOT") (collectively "Defendants") have stipulated to the extension of time for Defendants to Answer or Otherwise Respond to Plaintiffs' Complaint as follows:

Plaintiffs and the Defendants, by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Complaint on June 8, 2020;

WHEREAS, Plaintiffs served the Summons and Complaint on the Defendants on June 11, 2020;

Joint Stipulation re Extending Defendants' Time to Respond (Local Rule 8-3)

WHEREAS, the Defendants' responsive pleading is currently due to be filed on or before July 2, 2020;

WHEREAS, Defendants desire additional time to investigate, prepare, and file their responsive pleading, up to and including July 31, 2020;

WHEREAS, there have been no prior stipulations to extend the time to file a responsive pleading in this matter.

**THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY AGREE AND STIPULATE THAT**:

1. Defendants' last day to file their pleading in response to the Complaint on file in this matter is extended to July 31, 2020.

**IT IS SO STIUPLATED AND AGREED.**

Dated: June 22, 2020

MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Asst. City Attorney
SCOTT MARCUS, Senior Assistance City Attorney
GABRIEL S. DERMER, Assistant City Attorney
JEFFREY L. GOSS, Deputy City Attorney

/s/ *Jeffrey L. Goss*
Jeffrey L. Goss
Deputy City Attorney
Attorneys for Defendant City of Los Angeles

Dated: June 22, 2020

ACLU Foundation of Southern California
ACLU Foundation of Northern California
Electronic Frontier Foundation
Greenberg Glusker Fields Claman & Machtinger LLP

/s/ *Mohammad Tajsar*
Mohammad Tajsar
Attorneys for Plaintiffs Justin Sanchez and Eric Alejo

Joint Stipulation re Extending Defendants' Time to Respond (Local Rule 8-3)

## SIGNATURE ATTESTATION

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

June 22, 2020                              /s/      *Jeffrey L. Goss*

Joint Stipulation re Extending Defendants' Time to Respond (Local Rule 8-3)