UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SANCHEZ, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | No. 2:20-cv-05044-DMG (AFMx)<br><br>*The Hon. Dolly M. Gee*<br><br>**[PROPOSED] ORDER ON DEFENDANTS CITY OF LOS ANGELES AND LOS ANGELES DEPARTMENT OF TRANSPORTATION'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(6)**<br><br>Complaint filed:  June 8, 2020<br><br>**[Notice of Motion, Motion, and Memorandum of Points and Authorities; Request for Judicial Notice; and Declaration of Jeffrey L. Goss filed Concurrently herewith]**<br><br>**Hearing**<br>Date:              August 28, 2020<br>Time               9:30 a.m.<br>Location:         Courtroom 8C<br>                       350 W. 1st Street<br>                       Los Angeles, CA 90012 |

## [PROPOSED] ORDER

After having considered all pleadings and papers submitted by the parties in connection with the *Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)* filed by Defendants City of Los Angeles and the Los Angeles Department of Transportation, and good cause appearing, the Court now rules as follows:

IT IS HEREBY ORDERED THAT Defendants' Motion is GRANTED. The Court hereby dismissed Plaintiffs Justin Sanchez and Eric Alejo's Complaint against Defendants WITHOUT LEAVE TO AMEND.

Dated:_____          _____
                                The Hon. Dolly M. Gee
                                United States District Court Judge