JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SANCHEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | Case No. CV 20-5044-DMG (AFMx) <br><br> **JUDGMENT** |

This Court having granted Defendants the City of Los Angeles and the Los Angeles Department of Transportation's Motion to Dismiss with prejudice by Order dated February 23, 2021,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants and against Plaintiffs Justin Sanchez and Eric Alejo.

DATED: February 23, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE