Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone:  (213) 977-9500
Facsimile:   (213) 977-5297

Jacob A. Snow (SBN 270988)
jsnow@aclunc.org
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone:  (415) 621-2493
Facsimile:   (415) 255-8437

*Counsel for Plaintiff*
*(continued on next page)*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SANCHEZ and ERIC ALEJO; <br><br> *Plaintiffs,* <br><br> v. <br><br> LOS ANGELES DEPARTMENT OF TRANSPORTATION and CITY OF LOS ANGELES, <br><br> *Defendants.* | CASE NO: 2:20-cv-05044 <br><br> **PLAINTIFFS' NOTICE OF APPEAL** |

*(continued from previous page)*

Jennifer Lynch (SBN 240701)
jlynch@eff.org
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Tel:    (415) 463-9333
Fax:    (415) 436-9993

Douglas E. Mirell (SBN 94169)
DMirell@ggfirm.com
Timothy J. Toohey (SBN 140117)
TToohey@ggfirm.com
Greenberg Glusker Fields Claman & Machtinger LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:   (310) 553-3610
Fax:            (310) 553-0687

1   PLEASE TAKE NOTICE that Plaintiffs Justin Sanchez and Eric Alejo

2   ("Plaintiffs") hereby appeal the following judgment to the United States Court of

3   Appeals for the Ninth Circuit, pursuant to Federal Rules of Appellate Procedure 3

4   and 4(a)(1)(A):

5      1. U.S. District Judge Dolly M. Gee's February 23, 2021 Judgment [ECF No.

6         28]; attached hereto at Exhibit A.

7

8

9   DATED:  March 24, 2021          Respectfully submitted,

10

11                                 By:   /s/ *Mohammad Tajsar*
                                         Mohammad Tajsar
12                                       Counsel for Plaintiffs