Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Jacob A. Snow (SBN 270988)
jsnow@aclunc.org
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Counsel for Plaintiffs*
*(continued on next page)*

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN SANCHEZ and ERIC ALEJO; <br><br> *Plaintiffs*, <br> v. <br><br> LOS ANGELES DEPARTMENT OF TRANSPORTATION and CITY OF LOS ANGELES, <br><br> *Defendants.* | CASE NO: 2:20-cv-05044 <br><br> **REPRESENTATION STATEMENT** |

*(continued from previous page)*

Jennifer Lynch (SBN 240701)
jlynch@eff.org
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Tel:   (415) 463-9333
Fax:   (415) 436-9993

Douglas E. Mirell (SBN 94169)
DMirell@ggfirm.com
Timothy J. Toohey (SBN 140117)
TToohey@ggfirm.com
Greenberg Glusker Fields Claman & Machtinger LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:   (310) 553-3610
Fax:              (310) 553-0687

Pursuant to Circuit Rule 3-2(b) and the Federal Rules of Appellate Procedure 12(b), Plaintiff-Appellants Justin Sanchez and Eric Alejo submit this Representation Statement. The following list identifies all parties to the action and their respective counsel:

**PLAINTIFFS:**

JUSTIN SANCHEZ and ERIC ALEJO, represented by:

>Mohammad Tajsar
>ACLU Foundation of Southern California
>1313 West 8th Street
>Los Angeles, CA 90017
>Telephone:  (213) 977-9500
>Email: mtajsar@aclusocal.org
>
>Jacob A. Snow
>ACLU Foundation of Northern California
>39 Drumm Street
>San Francisco, CA 94111
>Telephone:  (415) 621-2493
>Email: jsnow@aclunc.org
>
>Jennifer Lynch
>Electronic Frontier Foundation
>815 Eddy Street
>San Francisco, CA 94109
>Tel:   (415) 463-9333
>Email: jlynch@eff.org
>
>Douglas E. Mirell
>Greenberg Glusker Fields Claman & Machtinger LLP
>2049 Century Park East, Suite 2600
>Los Angeles, California 90067
>Telephone:  (310) 553-3610
>Email: DMirell@ggfirm.com

1  Timothy J. Toohey
2  Greenberg Glusker Fields Claman & Machtinger LLP
3  2049 Century Park East, Suite 2600
   Los Angeles, California 90067
4  Telephone:  (310) 553-3610
   Email: TToohey@ggfirm.com

5
6  **DEFENDANTS:**

7  LOS ANGELES DEPARTMENT OF TRANSPORTATION and CITY OF

8  LOS ANGELES, represented by:

9  Michael N. Feuer, City Attorney
   Kathleen A. Kenealy, Chief Assistant City Attorney
10 Scott Marcus, Senior Assistant City Attorney
   Gabriel S. Dermer, Assistant City Attorney
11 Jeffrey L. Goss, Deputy City Attorney
12 200 North Main Street, City Hall East, 6th Floor
   Los Angeles, California 90012
13 Telephone: (213) 978-7564
14 Email: jeffrey.goss@lacity.org

15
16
17  DATED:  March 24, 2021         Respectfully submitted,
18                                 By:  /s/ *Mohammad Tajsar*
19                                      Mohammad Tajsar
20                                      Counsel for Plaintiffs

21
22
23
24
25
26
27
28

REPRESENTATION STATEMENT
2