Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Jacob A. Snow (SBN 270988)
jsnow@aclunc.org
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Counsel for Plaintiffs*
*(continued on next page)*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SANCHEZ and ERIC ALEJO;<br><br>   *Plaintiffs*,<br>v.<br><br>LOS ANGELES DEPARTMENT OF TRANSPORTATION and CITY OF LOS ANGELES,<br><br>   *Defendants*. | CASE NO: 2:20-cv-05044<br><br>**NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c) THAT NO TRANSCRIPTS ARE BEING ORDERED BY PLAINTIFFS-APPELLANTS FOR THE APPEAL** |

*(continued from previous page)*

Jennifer Lynch (SBN 240701)
jlynch@eff.org
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Tel:   (415) 463-9333
Fax:   (415) 436-9993

Douglas E. Mirell (SBN 94169)
DMirell@ggfirm.com
Timothy J. Toohey (SBN 140117)
TToohey@ggfirm.com
Greenberg Glusker Fields Claman & Machtinger LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:   (310) 553-3610
Fax:         (310) 553-0687

1  Please take notice that Plaintiffs-Appellants will not be ordering any
2  transcripts in connection with the appeal filed in this matter. See 9th Cir. R. 10-
3  3.1(c).

DATED: April 7, 2021         Respectfully submitted,

By:  /s/ *Mohammad Tajsar*
     Mohammad Tajsar
     Counsel for Plaintiffs