Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone:  (213) 977-9500
Facsimile:   (213) 977-5297

Jacob A. Snow (SBN 270988)
jsnow@aclunc.org
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
Telephone:  (415) 621-2493
Facsimile:   (415) 255-8437

*Counsel for Plaintiffs*
*(continued on next page)*

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN SANCHEZ and ERIC ALEJO; <br><br> *Plaintiffs,* <br> v. <br><br> LOS ANGELES DEPARTMENT OF TRANSPORTATION and CITY OF LOS ANGELES, <br><br> *Defendants.* | CASE NO: 2:20-cv-05044 <br><br> **NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c) THAT NO TRANSCRIPTS ARE BEING ORDERED BY PLAINTIFFS-APPELLANTS FOR THE APPEAL** |

*(continued from previous page)*

Jennifer Lynch (SBN 240701)
jlynch@eff.org
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Tel:    (415) 463-9333
Fax:    (415) 436-9993

Douglas E. Mirell (SBN 94169)
DMirell@ggfirm.com
Timothy J. Toohey (SBN 140117)
TToohey@ggfirm.com
Greenberg Glusker Fields Claman & Machtinger LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:   (310) 553-3610
Fax:             (310) 553-0687

1         Please take notice that Plaintiffs-Appellants will not be ordering any

2    transcripts in connection with the appeal filed in this matter. See 9th Cir. R. 10-

3    3.1(c).

4

5      DATED:  April 7, 2021         Respectfully submitted,

6                                     By:  /s/ *Mohammad Tajsar*

7                                         Mohammad Tajsar

8                                         Counsel for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28